insured, and the only subsequent agreement of Carmer was that the amount of the insurance should be reduced to $25,000. The judgment appealed from will, therefore, be modified by striking out the sum of $546.88, with interest thereon from June 18, 1910, and the further sum of $96, and as so modified it is affirmed, without costs. Ingraham, P. J., McLaughlin, Clarke and Scott, JJ., concurred. Judgment modified as directed in opinion and as modified affirmed, without costs. Order to be settled on notice.

———

Ernest J. Knabe, Jr., Appellant, v. Catlin & Powell Company, Respondent.— Judgment affirmed, with costs. No opinion.

Annie Hamilton, Appellant, v. Alice Crawford and Others, as Executors, etc., of Erastus Crawford, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Thomas Keenan, Relator v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

The People of the State of New York ex rel. Charles H. Cunningham, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion.

George M. Coffin, Respondent, v. William S. Tevis, Appellant. Thomas D. Rambaut, Respondent, v. William S. Tevis, Appellant.— Judgments affirmed, with costs, with leave to defendant, on payment of costs in this court and the court below, to apply at Special Term for leave to answer on showing a meritorious defense. No opinion.

John Driscoll, Respondent, v. Hamburg-American Line, Appellant.— Judgment and order affirmed, with costs. No opinion.

Greater New York Film Rental Company, Appellant, v. Motion Picture Patents Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Edmund R. Cook and Charles F. Balwanz, Appellants.— Judgment affirmed. No opinion.

Julia Healy, an Infant, by Her Guardian ad Litem, James Healy, Respondent, v. Central Park, North and East River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Final Accounting of Bayard L. Peck, as Assignee of Girard N. Whitney, under a General Assignment for the Benefit of Creditors, Respondent. John F. McIntyre, Appellant.— Order affirmed, with costs, on the authority of *Matter of Whitney & Kitchen* (146 App. Div. 45). Ingraham, P. J., dissented on his dissenting opinion on said former appeal (p. 52, *supra*).

George G. Belden, as Administrator de Bonis Non, etc., of Henry Belden, Deceased, Appellant, v. William Belden and Others, Impleaded with George L. Record, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Joseph Cohen, Relator, v.